IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOMMY HILFIGER LICENSING LLC, CALVIN KLEIN TRADEMARK TRUST and CALVIN KLEIN, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CALVINKLEINEN.COM, et al.,<br><br>Defendants. | Case No. 20-cv-06508<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Young B. Kim** |

## STATUS REPORT

Pursuant to this Court's Order [77], Plaintiffs Tommy Hilfiger Licensing LLC, Calvin Klein Trademark Trust and Calvin Klein, Inc. (collectively, "Plaintiffs") and Defendant miuter.com ("Defendant"), (collectively, "Parties") submit the following joint status report.

On May 4, 2021, Defendant concurrently took the deposition of Alastair Gray and a 30(b)(6) deposition.

Defendant reserves its rights to challenge Mr. Gray's qualification as the 30(b)(6) deponent due to his lack of knowledge on several topics that are at the center of the disputes and are essential for Defendant to form its defense.

Plaintiffs dispute this characterization. Mr. Gray appropriately testified regarding the only topics listed in Defendant's 30(b)(6) Notice, which were "matters alleged in their complaint as well as China market" and "matters known or reasonably available to individuals identified in TOMMY's initial disclosures in the above captioned case."

The Parties are finalizing discovery and will continue to meet and confer to resolve any remaining issues.

1

| | |
|---|---|
| Dated this 4th day of May 2021. | Respectfully submitted,<br><br>/s/ Justin R. Gaudio<br>Amy C. Ziegler<br>Justin R. Gaudio<br>RiKaleigh Johnson<br>Isaku M. Begert<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080 / 312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>rjohnson@gbc.law<br>ibegert@gbc.law<br><br>*Counsel for Plaintiffs Tommy Hilfiger Licensing LLC, Calvin Klein Trademark Trust and Calvin Klein, Inc.*<br><br>/s/ Tianyu Ju<br>Tianyu Ju<br>Tao Liu<br>Andrew Palmer<br>He Cheng<br>Wei Yang<br>Glacier Law PLLC<br>200 E. Randolph Dr. Ste 5100<br>Chicago, Illinois 60601<br>iris.ju@glacier.law<br>tao.liu@glacier.law<br>andrew.palmer@glacier.law<br>robin.cheng@glacier.law<br>wei.yang@glacier.law<br><br>*Counsel for Defendant miuter.com* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of May 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh Johnson
Isaku M. Begert
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
ibegert@gbc.law

*Counsel for Plaintiffs Tommy Hilfiger Licensing LLC, Calvin Klein Trademark Trust and Calvin Klein, Inc.*